# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | ED CV 19-01392-CJC (DFM) | Date: | October 10, 2019 |
|---|---|---|---|
| Title | Antquan Durpree Clay v. San Bernardino County et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On August 15, 2019, the Court ordered Plaintiff to submit a completed CV-60P within twenty-one (21) days. Plaintiff did not do so. **Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**