# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-01392-CJC (DFM) | Date: | February 6, 2020 |
| Title | Antquan Durpree Clay v. San Bernardino County et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re: Lack of Prosecution

On August 15, 2019, the Court ordered Plaintiff to submit a completed CV-60P within twenty-one (21) days. See Dkt. 4. Plaintiff failed to do so and the Court ordered Plaintiff to show cause. See Dkt. 5. Plaintiff filed a response which the Court did not receive before the deadline, so the Court issued a Report and Recommendation recommending dismissal for failure to prosecute. See Dkts. 7, 8. After receiving Plaintiff's response, the Court vacated its Report and Recommendation on December 10, 2019 and ordered Plaintiff to file a completed CV-60P within thirty days. See Dkt. 9.

Plaintiff has not done so. **Accordingly, within fourteen (14) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court will recommend dismissal of this action for lack of prosecution.**