# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>    Defendants. | No. CV 19-01392-CJC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: March 20, 2020

_____
CORMAC J. CARNEY
United States District Judge